UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-04833<br>　　　　　　　　　　　　　　18-cv-07824<br>　　　　　　　　　　　　　　18-cv-07827<br>　　　　　　　　　　　　　　18-cv-07828<br>　　　　　　　　　　　　　　18-cv-07829 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## NOTICE OF MOTION TO APPROVE ALTERNATIVE SERVICE

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and Declaration of Sarah L. Cave dated October 29, 2018 and exhibits annexed thereto, Plaintiff SKAT, which is the Customs and Tax Administration of the Kingdom of Denmark ("SKAT"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 4(h), hereby submits this Motion to Approve Alternative Service on Defendants Headsail Manufacturing LLC Roth 401K Plan, Aerovane Logistics LLC Roth 401(K) Plan, Edgepoint Capital LLC Roth 401(K) Plan, The Random Holdings 401K Plan, and Raubritter LLC Pension Plan. SKAT respectfully requests that the Court: (1) deem the methods by which SKAT has already attempted service sufficient; or, in the alternative, (2) permit SKAT to effect service by other means and grant SKAT an additional extension of 60 days to effect service by such means.

Dated: New York, New York
October 29, 2018

        HUGHES HUBBARD & REED LLP

        By: /s/ Sarah L. Cave
           William R. Maguire
           Marc A. Weinstein
           Sarah L. Cave
           John T. McGoey
       One Battery Park Plaza
       New York, New York 10004-1482
       Telephone: (212) 837-6000
       Fax:  (212) 422-4726
       bill.maguire@hugheshubbard.com
       marc.weinstein@hugheshubbard.com
       sarah.cave@hugheshubbard.com
       john.mcgoey@hugheshubbard.com

*Counsel for Plaintiff SKAT (Customs and Tax Administration of the Kingdom of Denmark)*

2