# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF NEW YORK

_____

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | |
| CUSTOMS AND TAX ADMINISTRATION OF | ) | MASTER DOCKET |
| THE KINGDOM OF DENMARK (SKAT) TAX | ) | |
| REFUND SCHEME LITIGATION | ) | Case No. 1:18-md-02865-LAK |
| | ) | |
| This document relates to:     1:18-cv-07824 | ) | |
|                                              1:18-cv-07827 | ) | |
|                                              1:18-cv-07828 | ) | |
|                                              1:18-cv-07829 | ) | |

_____)

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants Headsail Manufacturing LLC Roth 401K Plan, Edgepoint Capital LLC Roth 401K Plan, Aerovane Logistics LLC Roth 401K Plan, Random Holdings 401K Plan, and Robert Klugman.

Respectfully submitted,

Dated: December 18, 2018          s/ Mark D. Allison_____
                                                  MARK D. ALLISON
                                                  Bar No.: MA6060
                                                  CAPLIN & DRYSDALE, CHARTERED
                                                  600 Lexington Avenue, Floor 21
                                                  New York, NY 10022
                                                  mallison@capdale.com
                                                  Telephone: 212-379-6060
                                                  Fax: 212-379-6000