# Exhibit 57

| | |
|---|---|
| **From:** | Rosenberg, Todd <TRosenberg@crowell.com> |
| **To:** | 'Richard Markowitz' |
| **CC:** | Bloomberg, Noah; Brewer, Bryan |
| **Sent:** | 9/21/2010 5:41:07 PM |
| **Subject:** | Updated Equity Arbitrage Transaction Agreement |
| **Attachments:** | 13188245-v3-Equity Arbitrage Transaction Agreement.DOC; Change-Pro Redline - 13188245-v2-Equity Arbitrage Transaction Agreement and 13188245-v3-Equity Arbitrage Transaction Agreement.doc |

Rich,

Please see attached and let me know if you have any questions or comments.

We went ahead and drafted some language to better explain the 10% limit applicable to Solo (we thought this might appease them or, at least, get us down to a negotiation as to what the correct percentage should be).

I think the other changes should all be pretty self explanatory based on today's call.

**Todd D. Rosenberg, Esq.**
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: 202-624-2689
Fax: 202-628-5116
Email: trosenberg@crowell.com

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated recipient is unauthorized. If you are not an intended recipient, please contact the sender at 202/624-2500 and delete this e-mail.

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service.