# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SKAT TAX REFUND SCHEME LITIGATION<br><br>This document relates to:<br><br>18-cv-07828; 19-cv-01785; 19-cv-01867; 19-cv-01781; 19-cv-01783; 19-cv-01866; 19-cv-01794; 19-cv-01798; 19-cv-01869; 19-cv-01922; 19-cv-01800; 19-cv-01788; 19-cv-01870; 18-cv-07827; 19-cv-01791; 19-cv-01792; 19-cv-01928; 19-cv-01926; 19-cv-01868; 18-cv-07824; 19-cv-01929; 19-cv-01803; 19-cv-01806; 19-cv-01801; 19-cv-01894; 19-cv-01808; 19-cv-01810; 19-cv-01809; 19-cv-01812; 19-cv-01896; 19-cv-01871; 19-cv-01813; 18-cv-07829; 18-cv-04434; 19-cv-01815; 19-cv-01818; 19-cv-01931; 19-cv-01918; 19-cv-01873; 21-cv-05339. | Case No. 1:18-md-2865-LAK |

# **NOTICE OF APPEARANCE**

TO:   The Court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in the above-captioned matters as counsel for Defendant Michael Ben-Jacob.

                              Respectfully submitted,

                              KEKER, VAN NEST & PETERS LLP

Dated:  March 5, 2024

                     By:   */s/ Elliot R. Peters*
                           ELLIOT R. PETERS, #EP-1067
                           633 Battery Street
                           San Francisco, CA 94111-1809
                           Telephone:  415 391 5400
                           Facsimile:  415 397 7188
                           epeters@keker.com

                           DEWEY PEGNO & KRAMARSKY
                           Thomas E.L. Dewey, # TD-6243
                           777 Third Avenue, 37th Floor
                           New York , NY 10017
                           Telephone: (212) 943-9000
                           Facsimile: (212) 943-4325
                           tdewey@dpklaw.com

                           Attorneys for Defendant Michael Ben-Jacob

2415380