# Exhibit 3, Part 28

**Exhibit 4**

Privileged & Confidential

| Evidence Ref | Custodian | Search Order | Office area reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002A6A01 | Stephania Paun | First Search Order - Premises | Floor | Desktop | ELYPC05 | Dell | Optiplex 7040 | 1B75282 | Sandisk | SSD | 154608404274 | 240.00 | 2018/06/28 |
| 002A6A02 | Vatsala Vereniana | First Search Order - Premises | Floor | Desktop | ELYPC04 | Dell | Optiplex 7040 | 6C75282 | Sandisk | SSD | 154779401317 | 240.00 | 2018/06/28 |
| 002A6A03 | Unknown | First Search Order - Premises | Floor | Desktop | ELYPC06 | Dell | Optiplex 7040 | 8975282 | Sandisk | SSD | 154607406226 | 240.00 | 2018/06/28 |
| 002A6A04 | Utkal Tagina | First Search Order - Premises | Floor | Desktop | ELYPC04 | Dell | Optiplex 7040 | GH75282 | Sandisk | SSD | 154934402295 | 240.00 | 2018/06/28 |
| 002A6A05 | Sandesh Dharme | First Search Order - Premises | Floor | Desktop | ELYPC09 | Dell | Optiplex 7040 | GH75282 | Sandisk | SSD | 154711400405 | 240.00 | 2018/06/28 |
| 002A6A06 | Sandesh Dharme | First Search Order - Premises | Floor | Pen Drive | N/A | Teta | N/A | N/A | Teta | ProductCode | 9207133SD249137547 | 8.00 | 2018/06/28 |
| 002A6A07 | Rashmi Raju | First Search Order - Premises | Floor | Desktop | ELYPC01 | Dell | Optiplex 7040 | 6875282 | Sandisk | SSD | 154607406118 | 240.00 | 2018/06/28 |
| 002A6A08 | Claudia | First Search Order - Premises | Floor | Laptop | ELYLPT03 | Asus | UX305L | EAADC073144AH 12M | Seagate | ST500LM000-1EJ1 | W7860TT6 | 500.00 | 2018/06/28 |
| 002A6A09 | Nagma (intern) | First Search Order - Premises | Floor | Desktop | EQLI-MAQ2 | Apple | iMAC All in one | C02V1J8K6G7N | Apple | HDD | SPRHHY4GB6440 | 2000.00 | 2018/06/28 |
| 002A6A10 | Nicola Monteath | First Search Order - Premises | Floor | Laptop | EQLI-MAQ6 | Apple | Macbook Pro | C02T12R9GTFA | Apple | SSD | C02703.3Q7NAHGX18 | 1000.00 | 2018/06/28 |
| 002A6A11 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | External HDD | N/A | N/A | N/A | N/A | Seagate | HDD - Backup Plus | NA758CNP | 1000.00 | 2018/06/28 |
| 002A6A12 | Ojas Mandpe/kale | First Search Order - Premises | Floor | Desktop | EQLI-MAQ4 | Apple | iMAC All in one | C02DW9CKGG7N | Apple | SSD | SPRHHY6DR55235 | 2000.00 | 2018/06/28 |
| 002A6A13 | Marta Lis | First Search Order - Premises | Floor | Desktop | ELYPC012 | Dell | Optiplex 7040 | HB75282 | Sandisk | SSD | 254607406101 | 240.00 | 2018/06/28 |
| 002A6A14 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | ELYPC08 | Dell | Optiplex 7040 | 2H75282 | Sandisk | SSD | 154976403145 | 240.00 | 2018/06/28 |
| 002A6A15 | Marat Fernandes | First Search Order - Premises | Center office | Desktop | ELYPC03 | Dell | Optiplex 7040 | BC75282 | Sandisk | SSD | 154608404292 | 240.00 | 2018/06/28 |
| 002A6A16 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | ELIY1882 / ELYLPT22 | Apple | iPhone 7 Plus | C02V243887S34 12M | Apple | HSST | SDOX005D06G23PF | 1000.00 | 2018/06/28 |
| 002A6A17 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | N/A | Apple | iPhone 5 / iPhone SE | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| 002A6A18 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | ELYPC010 | Dell | Optiplex 7040 | 7u75282 | Sandisk | N/A | 154608404269 | N/A | 2018/06/28 |
| 002A6A19 | Sanjay Shah | First Search Order - Premises | Floor | Pen Drive | N/A | N/A | N/A | N/A | Kingston | DT57B G2 | 984FDA818E09 | 16.00 | 2018/06/28 |
| 002A6A20 | Vidha Manzano | First Search Order - Premises | Floor | Desktop | EQLI-MAQ3 | Apple | iMAC All in one | C02DU7C2GG7N | Apple | SSD | SPRHHY4GB37130 | 2000.00 | 2018/07/01 |
| 002A6A21 | Natalia Vereniana | First Search Order - Premises | HR Room | Desktop | ELYPC07 | Dell | Optiplex 7040 | 4875282 | Sandisk | SSD | 154773402403 | 240.00 | 2018/07/01 |
| 002A6A22 | Puja Tiwari | First Search Order - Premises | Floor | Desktop | ELYPC011 | Dell | Optiplex 7040 | 2H75282 | Imation | DVD-R | N/A | 4.70 | 2018/06/28 |
| 002A6A23 | Usha Shah | First Search Order - Premises | Mr. Shah's | Desktop | N/A | Dell | Optiplex 7040 | 8G75282 | Sandisk | SSD | 154976403825 | 240.00 | 2018/07/02 |
| 002A6A24 | Sanjay Shah | First Search Order - Premises | Floor | Laptop | ELYLPT15 | Sony | VAIO / SVP1321A1CM | 54626038-003836.1 / Service | Sandisk | SSD | 535YNYA0N23B61 | 120.00 | 2018/06/28 |
| 002A6A25 | Wahi Anwar | First Search Order - Premises | Floor | Laptop | ELYLPT35 | Asus | UX305L | N/A | N/A | N/A | N/A | N/A | 2018/07/02 |
| 002A6A26 | Natalia Vereniana | First Search Order - Premises | Floor | Desktop | EQLI-MAQ1 | Apple | iMAC All in one | C02DW2UR6G7N | Apple | SSD | SPRHHY4GB73008 | 2000.00 | 2018/07/01, 2018/07/03 |
| 002A6A27 | Sanjay Shah | First Search Order - Premises | Storage Cal | Storage Cal | N/A | Apple | MAC Mini | C07H71A8D101 | Hitachi / App | HDD | 1226001 1HHP1C | 500.00 | 2018/07/01 |
| 002A6A28 | Unknown | First Search Order - Premises | Storage Cal | Desktop | N/A | Apple | MAC Mini | C07H71 1PT01D1 | Toshiba | HDD | 1233090/6RT | 500.00 | 2018/07/01 |
| 002A6A29 | Unknown | First Search Order - Premises | Storage Cal Laptop | DVD | N/A | N/A | N/A | N/A | Unknown | Unknown | N/A | 4.70 | 2018/07/01 |
| 002A6A30 | Unknown | First Search Order - Premises | Storage Cal Laptop | Laptop | ELYLPT02 | Asus | UX305L | EAADC07720.3A19 12M | Seagate | ST500LM000-1EJ1 | W7860W0C | 500.00 | 2018/07/01 |
| 002A6A31 | Unknown | First Search Order - Premises | Storage Cal Laptop | Laptop | ELYLPT08 | Asus | UX305L | EOKIC14X8D01E 12M | N/A | N/A | SN9S12L | 500.00 | 2018/07/01 |
| 002A6A32 | Unknown | First Search Order - Premises | Storage Cal Laptop | Laptop | ELYLPT06 | Apple | Macbook Pro - A1707 | C07CL2IC287M | N/A | N/A | N/A | N/A | 2018/07/02 |
| 002A6A33 | Natalia Vereniana | First Search Order - Premises | - | Office 365 | ELYLPT04 | N/A | N/A | admin@elysiumglobal.com | N/A | N/A | N/A | 13.00 | 2018/07/01 |
| 002A6A34 | Unknown | First Search Order - Premises | - | Office 365 | ELYLPT08 | N/A | N/A | asset@elysiumglobal.com | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| 002A6A35 | Unknown | First Search Order - Premises | - | Office 365 | EQLI-MAC5 | N/A | N/A | catchall@elysiumglobal.com | N/A | N/A | N/A | 0.03 | 2018/07/02 |
| 002A6A36 | Sanjay Shah | First Search Order - Premises | - | Office 365 | EQLI-MAC7 | N/A | N/A | ceo@elysiumglobal.com | N/A | N/A | N/A | 0.63 | 2018/07/02 |
| 002A6A37 | Unknown | First Search Order - Premises | - | Office 365 | EQLI-MAC6 | N/A | N/A | cfo@elysiumglobal.com | N/A | N/A | N/A | 2.70 | 2018/07/02 |
| 002A6A38 | Unknown | First Search Order - Premises | - | Office 365 | ELYPC08 | N/A | N/A | consultant@elysiumglobal.com | N/A | N/A | N/A | 1.20 | 2018/07/02 |
| 002A6A39 | Wahi Anwar | First Search Order - Premises | - | Office 365 | ELYLPT08 | N/A | N/A | director@elysiumglobal.com | N/A | N/A | N/A | 0.27 | 2018/07/02 |
| 002A6A40 | Unknown | First Search Order - Premises | - | Office 365 | ELYPC07 | N/A | N/A | fd@elysiumglobal.com | N/A | N/A | N/A | 0.16 | 2018/07/02 |
| 002A6A41 | Rashmi / Yotha / Mihir | First Search Order - Premises | - | Office 365 | N/A | N/A | N/A | finance@elysiumglobal.com | N/A | N/A | N/A | 3.30 | 2018/07/02 |
| 002A6A42 | Sandesh Dharme | First Search Order - Premises | - | Office 365 | N/A | N/A | N/A | it@elysiumglobal.com | N/A | N/A | N/A | 0.65 | 2018/07/02 |
| 002A6A43 | Usha Shah | First Search Order - Premises | - | Office 365 | N/A | N/A | N/A | HR@elysiumglobal.com | N/A | N/A | N/A | 2.30 | 2018/07/02 |
| 002A6A43 | Unknown | First Search Order - Premises | - | Office 365 | N/A | N/A | N/A | Legal@elysiumglobal.com | N/A | N/A | N/A | 0.87 | 2018/07/02 |
| 002A6A43 | Stephania Paun / Utki | First Search Order - UK | Floor | Office 365 | ELYLPT06 | Asus | UX305L | od@elysiumglobal.com | N/A | N/A | N/A | 1000.00 | 2018/07/02 |
| 002A6A43 | Unknown | First Search Order - Premises | - | Laptop | ELYLPT06 | Asus | UX305L | F1K9CL1556050SA 12M | HGST | HDD | S0A0005GG9NT8K | 0.45 | 2018/07/15 |
| 002A6A43 | Wahi Anwar | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.06 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.11 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.13 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 156.00 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.46 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.82 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.07 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 12.40 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.24 | 2018/07/10 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.00 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.66 | 2018/07/15 |

Privileged & Confidential

| Evidence Ref | Custodian | Search Order | Office area / ref reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date/ Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D62A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| D62A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.05 | 2018/07/12 |
| D62A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| D62A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.15 | 2018/07/15 |
| D62A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/12 |
| D62A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.39 | 2018/07/15 |
| D62A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D62A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| D62A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D62A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 87.00 | 2018/07/18 |
| D62A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 89.90 | 2018/07/04 |
| D62A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.28 | 2018/07/19 |
| D62A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/18 |
| D62A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.03 | 2018/07/18 |
| D62A6A44 | Multiple | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.15 | 2018/07/19 |
| D62A6A44 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXE1E5S1CSU5 | 1000.00 | 2018/08/14 |
| D62A6A45 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXB1A75EZXLI | 1000.00 | 2018/07/17 |
| D62A6A46 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXE1E6S26XK7 | 3000.00 | 2018/07/17 (failed) |
| D62A6A47 | Unknown | First Search Order - Premises | - | External HDD - MimeCast email archives | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXD1E55CCP1E | 1000.00 | 2018/07/25 |
| D62A6A48 | Sanjay Shah | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 9.24 | 2018/08/26 |
| D62A6A48 | Mark Fernandes | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.56 | 2018/08/26 |
| D62A6A48 | Usha Shah | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.43 | 2018/08/26 |
| D62A6A48 | Sandesh Dhomme | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.11 | 2018/08/26 |
| D62A6A48 | Wahi Anwar | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.88 | 2018/08/26 |
| D62A6A48 | Unknown_Admin | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.35 | 2018/08/16 |
| D62A6A48 | Unknown_Asset | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 8.24 | 2018/08/19 |
| D62A6A48 | Unknown_Catchall | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.29 | 2018/08/26 |
| D62A6A48 | Unknown_CFO | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.13 | 2018/08/26 |
| D62A6A48 | Unknown_Finance | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 10.20 | 2018/08/27 |
| D62A6A48 | Unknown_HR | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.85 | 2018/08/26 |
| D62A6A48 | Unknown_Legal | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.16 | 2018/08/27 |
| D62A6A48 | Unknown_QO | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/08/27 |
| D62A6A49 | Sanjay Shah | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 18.33 | 2018/09/25 |
| D62A6A49 | Mark Fernandes | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.09 | 2018/09/25 |
| D62A6A49 | Usha Shah | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.55 | 2018/09/25 |
| D62A6A49 | Sandesh Dhomme | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.42 | 2018/09/25 |
| D62A6A49 | Wahi Anwar | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.26 | 2018/09/25 |
| D62A6A49 | Unknown_Admin | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 3.87 | 2018/09/25 |
| D62A6A49 | Unknown_Asset | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.07 | 2018/09/25 |
| D62A6A49 | Unknown_Catchall | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.72 | 2018/09/25 |
| D62A6A49 | Unknown_CFO | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/09/25 |
| D62A6A49 | Unknown_Finance | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.94 | 2018/09/25 |
| D62A6A49 | Unknown_HR | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.93 | 2018/09/25 |
| D62A6A49 | Unknown_Legal | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.33 | 2018/09/25 |
| D62A6A49 | Unknown_QO | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.49 | 2018/09/25 |
| D62A6D01 | Philip Punwar | Provided by Legal Counsel | | Loose files | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 11.79 | 2018/07/24 |
| D62A6D02 | Multiple | First Search Order - Premises | - | Backup and BIOS Cloud data & VM content | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1621.00 | 2018/07/24 |
| D62A6V01 | Multiple | Remote Server Collection | | DociCell DMS | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 500.00 | 2018/10/03 |
| D62A6V02 | Multiple | Remote Server Collection | | VM Export (Elysium-DC.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 6800.00 | 2018/10/03 |
| D62A6V03 | Multiple | Remote Server Collection | | Sage Server (ely-sagesvr.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 931.00 | 2018/09/06 |
| D62A6V04 | Multiple | Remote Server Collection | | Google Drive | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1331.20 | 2018/10/03 |

**Exhibit 5**