# Exhibit 11, Part 3

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Cash pool | SB | Aquila Cayman | AP MOELLER-MAERSK A/S-A | MAERSKA DC | 16,400.00 | | 38,700.00 | 634,680,000.00 |
| | CP | | COLLATERAL | CASH | -687,985,182.00 | | | -687,985,182.00 |
| | CC | | COLLATERAL | CASH | 53,305,182.00 | | | 53,305,182.00 |
| | | | | | | MTM Call | | 0.00 |
| Cash pool | SB | Amalthea Enterprise Ltd Aquila Cayman | BELGACOM SA | BELG BB | 3,450,000.00 | | 17.50 | 60,375,000.00 |
| | CP | | COLLATERAL | CASH | -65,202,000.00 | | | -65,202,000.00 |
| | CC | | COLLATERAL | CASH | 4,827,000.00 | | | 4,827,000.00 |
| | | | | | | MTM Call | | 0.00 |

**Stock Margin**

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | Sum | Mark | Daily MTM |
|---|---|---|---|---|---|---|---|---|

**CHR Hansen Holdings A/S**

| Balance B/F | | Total SL Cash | | Interest to date | | MTM to date |
|---|---|---|---|---|---|---|
| 27th November 12 to 14th March 13 | | 145,993,790.00 | Interest Accrual | 2,618,091.00 | | -145,993,790.00 |

| Date | | Stock Lending Fees to Date | | |
|---|---|---|---|---|
| 27th November 12 to 14th March 13 | | -1,321,177.63 | | |

**Belgacom**

| Balance B/F | | Total SL Cash | | Interest to date | | MTM to date |
|---|---|---|---|---|---|---|
| 14th December 12 to 11th March 13 | | -6,754,000.00 | | 106,387.38 | | 6,754,000.00 |

| Date | | Stock Lending Fees to Date | | |
|---|---|---|---|---|
| 14th December 12 to 11th March 13 | | -79,981.48 | | |

**Coloplast A/S**

| Balance B/F | | Total SL Cash | | Interest to date | | MTM to date |
|---|---|---|---|---|---|---|
| 03rd December 12 to 31st December 12 | | 429,197,323.50 | Interest Accrual | 5,514,538.00 | | -429,197,323.50 |

| Date | | Stock Lending Fees to Date | | |
|---|---|---|---|---|
| 03rd December 12 to 14th March 2013 | | -3,119,498.22 | | |

**Solvay SA**

| Balance B/F | | Total SL Cash | | Interest to date | | MTM to date |
|---|---|---|---|---|---|---|
| 17th January 13 to 11th March 13 | | 2,741,170.00 | | 228,410.00 | | -2,741,170.00 |

| Date | | Stock Lending Fees to Date | | |
|---|---|---|---|---|
| 17th January 13 to 11th March 13 | | -170,295.52 | | |

**NOVOZYMES A/S-B SHARES**

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | Sum | Mark | Daily MTM | |
|---|---|---|---|---|---|---|---|---|---|
| 01-Apr-13 | | | | 0.68000% | 14,116.62 | 383,182.03 | | | -0.0200% |
| 02-Apr-13 | 204.00 | -749,360,000.00 | | 1.37500% | 28,545.18 | 411,727.21 | -749,360,000.00 | 775,200,000.00 | -25,840,000.00 | 0.6750% |
| 03-Apr-13 | 204.50 | -775,200,000.00 | | 1.40000% | 29,065.29 | 440,792.50 | -775,200,000.00 | 777,100,000.00 | -1,900,000.00 | 0.7000% |
| 04-Apr-13 | 202.00 | -777,100,000.00 | | 1.37500% | 28,547.38 | 469,339.88 | -777,100,000.00 | 767,600,000.00 | 9,500,000.00 | 0.6750% |
| 05-Apr-13 | 196.70 | -767,600,000.00 | | 1.37500% | 28,548.47 | 497,888.35 | -767,600,000.00 | 747,460,000.00 | 20,140,000.00 | 0.6750% |
| 06-Apr-13 | | | | 1.37500% | 28,549.56 | 526,437.92 | | | | 0.6750% |
| 07-Apr-13 | | | | 1.37500% | 28,550.65 | 554,988.57 | | | | 0.6750% |
| 08-Apr-13 | 198.30 | -747,460,000.00 | | 1.37500% | 28,551.74 | 583,540.31 | -747,460,000.00 | 753,540,000.00 | -6,080,000.00 | 0.6750% |
| 09-Apr-13 | 198.80 | -753,540,000.00 | | 1.40000% | 29,071.98 | 612,612.29 | -753,540,000.00 | 755,440,000.00 | -1,900,000.00 | 0.7000% |
| 10-Apr-13 | 201.00 | -755,440,000.00 | | 1.40000% | 29,073.11 | 641,685.40 | -755,440,000.00 | 763,800,000.00 | -8,360,000.00 | 0.7000% |
| 11-Apr-13 | 204.50 | -763,800,000.00 | | 1.40000% | 29,074.24 | 670,759.63 | -763,800,000.00 | 777,100,000.00 | -13,300,000.00 | 0.7000% |
| 12-Apr-13 | 203.70 | -777,100,000.00 | | 1.40000% | 29,075.37 | 699,835.00 | -777,100,000.00 | 774,060,000.00 | 3,040,000.00 | 0.7000% |
| 13-Apr-13 | | | | 1.40000% | 29,076.50 | 728,911.50 | | | | 0.7000% |
| 14-Apr-13 | | | | 1.40000% | 29,077.63 | 757,989.13 | | | | 0.7000% |
| 15-Apr-13 | 201.90 | -774,060,000.00 | | 1.40000% | 29,078.76 | 787,067.89 | -774,060,000.00 | 767,220,000.00 | 6,840,000.00 | 0.7000% |
| 16-Apr-13 | 199.20 | -767,220,000.00 | | 1.40000% | 29,079.89 | 816,147.78 | -767,220,000.00 | 756,960,000.00 | 10,260,000.00 | 0.7000% |
| 17-Apr-13 | 203.00 | -756,960,000.00 | | 1.37500% | 28,561.72 | 844,709.50 | -756,960,000.00 | 771,400,000.00 | -14,440,000.00 | 0.6750% |
| 18-Apr-13 | 200.10 | -771,400,000.00 | | 1.35000% | 28,043.49 | 872,752.98 | -771,400,000.00 | 760,380,000.00 | 11,020,000.00 | 0.6500% |
| 19-Apr-13 | 207.20 | -760,380,000.00 | | 1.35000% | 28,044.54 | 900,797.52 | -760,380,000.00 | 787,360,000.00 | -26,980,000.00 | 0.6500% |
| 20-Apr-13 | | | | 1.35000% | 28,045.59 | 928,843.11 | | | | 0.6500% |
| 21-Apr-13 | | | | 1.35000% | 28,046.64 | 956,889.75 | | | | 0.6500% |
| 22-Apr-13 | 206.50 | -787,360,000.00 | | 1.35000% | 28,047.69 | 984,937.44 | -787,360,000.00 | 784,700,000.00 | 2,660,000.00 | 0.6500% |
| 23-Apr-13 | 207.20 | -784,700,000.00 | | 1.35000% | 28,048.74 | 1,012,986.18 | -784,700,000.00 | 787,360,000.00 | -2,660,000.00 | 0.6500% |
| 24-Apr-13 | 205.50 | -787,360,000.00 | | 1.35000% | 28,049.80 | 1,041,035.98 | -787,360,000.00 | 780,900,000.00 | 6,460,000.00 | 0.6500% |
| 25-Apr-13 | 200.30 | -780,900,000.00 | | 1.35000% | 28,050.85 | 1,069,086.83 | -780,900,000.00 | 761,140,000.00 | 19,760,000.00 | 0.6500% |
| 26-Apr-13 | | | | 1.35000% | 28,051.90 | 1,097,138.73 | | | | 0.6500% |
| 27-Apr-13 | | | | 1.35000% | 28,052.95 | 1,125,191.68 | | | | 0.6500% |
| 28-Apr-13 | | | | 1.35000% | 28,054.00 | 1,153,245.68 | | | | 0.6500% |
| 29-Apr-13 | 199.20 | -761,140,000.00 | | 1.35000% | 28,055.06 | 1,181,300.74 | -761,140,000.00 | 756,960,000.00 | 4,180,000.00 | 0.6500% |
| 30-Apr-13 | 195.50 | -756,960,000.00 | | 1.35000% | 28,056.11 | 1,209,356.84 | -756,960,000.00 | 742,900,000.00 | 14,060,000.00 | 0.6500% |

|  |  |  |  |  | -753,084,360.00 |  | Interest Accrual | 1,209,356.84 |  |  | 10,184,360.00 |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Date | Cash Loan Amount |  |  | Stock Lending Fee |  |
|---|---|---|---|---|---|
| 01-Apr-13 | -753,084,360.00 | -0.020% | 0.328670% | -6,877.10 | -187,803.92 |
| 02-Apr-13 | -753,084,360.00 | 0.675% | 1.023670% | -21,419.50 | -209,223.42 |
| 03-Apr-13 | -753,084,360.00 | 0.700% | 1.048670% | -21,943.23 | -231,166.66 |
| 04-Apr-13 | -753,084,360.00 | 0.675% | 1.023670% | -21,420.74 | -252,587.39 |
| 05-Apr-13 | -753,084,360.00 | 0.675% | 1.023670% | -21,421.35 | -274,008.74 |
| 06-Apr-13 | -753,084,360.00 | 0.675% | 1.023670% | -21,421.95 | -295,430.69 |
| 07-Apr-13 | -753,084,360.00 | 0.675% | 1.023670% | -21,422.56 | -316,853.26 |
| 08-Apr-13 | -753,084,360.00 | 0.675% | 1.023670% | -21,423.17 | -338,276.43 |
| 09-Apr-13 | -753,084,360.00 | 0.700% | 1.048670% | -21,946.99 | -360,223.42 |
| 10-Apr-13 | -753,084,360.00 | 0.700% | 1.048670% | -21,947.63 | -382,171.05 |
| 11-Apr-13 | -753,084,360.00 | 0.700% | 1.048670% | -21,948.27 | -404,119.32 |
| 12-Apr-13 | -753,084,360.00 | 0.700% | 1.048670% | -21,948.91 | -426,068.23 |
| 13-Apr-13 | -753,084,360.00 | 0.700% | 1.048670% | -21,949.55 | -448,017.78 |
| 14-Apr-13 | -753,084,360.00 | 0.700% | 1.048670% | -21,950.19 | -469,967.97 |
| 15-Apr-13 | -753,084,360.00 | 0.700% | 1.048670% | -21,950.83 | -491,918.80 |
| 16-Apr-13 | -753,084,360.00 | 0.700% | 1.048670% | -21,951.47 | -513,870.27 |
| 17-Apr-13 | -753,084,360.00 | 0.675% | 1.023670% | -21,428.78 | -535,299.04 |
| 18-Apr-13 | -753,084,360.00 | 0.650% | 0.998670% | -20,906.04 | -556,205.08 |
| 19-Apr-13 | -753,084,360.00 | 0.650% | 0.998670% | -20,906.62 | -577,111.70 |
| 20-Apr-13 | -753,084,360.00 | 0.650% | 0.998670% | -20,907.20 | -598,018.89 |
| 21-Apr-13 | -753,084,360.00 | 0.650% | 0.998670% | -20,907.78 | -618,926.67 |
| 22-Apr-13 | -753,084,360.00 | 0.650% | 0.998670% | -20,908.36 | -639,835.03 |
| 23-Apr-13 | -753,084,360.00 | 0.650% | 0.998670% | -20,908.94 | -660,743.97 |
| 24-Apr-13 | -753,084,360.00 | 0.650% | 0.998670% | -20,909.52 | -681,653.48 |
| 25-Apr-13 | -753,084,360.00 | 0.650% | 0.998670% | -20,910.10 | -702,563.58 |
| 26-Apr-13 | -753,084,360.00 | 0.650% | 0.998670% | -20,910.68 | -723,474.26 |
| 27-Apr-13 | -753,084,360.00 | 0.650% | 0.998670% | -20,911.26 | -744,385.52 |
| 28-Apr-13 | -753,084,360.00 | 0.650% | 0.998670% | -20,911.84 | -765,297.35 |
| 29-Apr-13 | -753,084,360.00 | 0.650% | 0.998670% | -20,912.42 | -786,209.77 |
| 30-Apr-13 | -753,084,360.00 | 0.650% | 0.998670% | -20,913.00 | -807,122.77 |
|  |  |  |  | -807,122.77 |  |

### TDC A/S

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | Sum | Mark | Daily MTM |  |
|---|---|---|---|---|---|---|---|---|---|
| 01-Apr-13 |  |  |  | 0.68000% | 21,497.21 | 431,526.06 |  |  |  | -0.0200% |
| 02-Apr-13 | 45.85 | -1,155,236,500.00 |  | 1.37500% | 43,469.44 | 474,995.49 | -1,155,236,500.00 | 1,185,222,500.00 | -29,986,000.00 | 0.6750% |
| 03-Apr-13 | 45.93 | -1,185,222,500.00 |  | 1.40000% | 44,261.48 | 519,256.97 | -1,185,222,500.00 | 1,187,290,500.00 | -2,068,000.00 | 0.7000% |
| 04-Apr-13 | 45.35 | -1,187,290,500.00 |  | 1.37500% | 43,472.79 | 562,729.76 | -1,187,290,500.00 | 1,172,297,500.00 | 14,993,000.00 | 0.6750% |
| 05-Apr-13 | 44.38 | -1,172,297,500.00 |  | 1.37500% | 43,474.45 | 606,204.20 | -1,172,297,500.00 | 1,147,223,000.00 | 25,074,500.00 | 0.6750% |
| 06-Apr-13 |  |  |  | 1.37500% | 43,476.11 | 649,680.31 |  |  |  | 0.6750% |
| 07-Apr-13 |  |  |  | 1.37500% | 43,477.77 | 693,158.08 |  |  |  | 0.6750% |
| 08-Apr-13 | 44.12 | -1,147,223,000.00 |  | 1.37500% | 43,479.43 | 736,637.51 | -1,147,223,000.00 | 1,140,502,000.00 | 6,721,000.00 | 0.6750% |
| 09-Apr-13 | 44.40 | -1,140,502,000.00 |  | 1.40000% | 44,271.65 | 780,909.16 | -1,140,502,000.00 | 1,147,740,000.00 | -7,238,000.00 | 0.7000% |
| 10-Apr-13 | 44.89 | -1,147,740,000.00 |  | 1.40000% | 44,273.38 | 825,182.54 | -1,147,740,000.00 | 1,160,406,500.00 | -12,666,500.00 | 0.7000% |
| 11-Apr-13 | 45.06 | -1,160,406,500.00 |  | 1.40000% | 44,275.10 | 869,457.64 | -1,160,406,500.00 | 1,164,801,000.00 | -4,394,500.00 | 0.7000% |
| 12-Apr-13 | 45.08 | -1,164,801,000.00 |  | 1.40000% | 44,276.82 | 913,734.46 | -1,164,801,000.00 | 1,165,318,000.00 | -517,000.00 | 0.7000% |
| 13-Apr-13 |  |  |  | 1.40000% | 44,278.54 | 958,013.00 |  |  |  | 0.7000% |
| 14-Apr-13 |  |  |  | 1.40000% | 44,280.26 | 1,002,293.26 |  |  |  | 0.7000% |
| 15-Apr-13 | 44.77 | -1,165,318,000.00 |  | 1.40000% | 44,281.99 | 1,046,575.25 | -1,165,318,000.00 | 1,157,304,500.00 | 8,013,500.00 | 0.7000% |
| 16-Apr-13 | 44.65 | -1,157,304,500.00 |  | 1.40000% | 44,283.71 | 1,090,858.95 | -1,157,304,500.00 | 1,154,202,500.00 | 3,102,000.00 | 0.7000% |
| 17-Apr-13 | 44.75 | -1,154,202,500.00 |  | 1.37500% | 43,494.62 | 1,134,353.57 | -1,154,202,500.00 | 1,156,787,500.00 | -2,585,000.00 | 0.6750% |
| 18-Apr-13 | 44.25 | -1,156,787,500.00 |  | 1.35000% | 42,705.44 | 1,177,059.01 | -1,156,787,500.00 | 1,143,862,500.00 | 12,925,000.00 | 0.6500% |
| 19-Apr-13 | 43.46 | -1,143,862,500.00 |  | 1.35000% | 42,707.04 | 1,219,766.05 | -1,143,862,500.00 | 1,123,441,000.00 | 20,421,500.00 | 0.6500% |
| 20-Apr-13 |  |  |  | 1.35000% | 42,708.64 | 1,262,474.69 |  |  |  | 0.6500% |
| 21-Apr-13 |  |  |  | 1.35000% | 42,710.24 | 1,305,184.94 |  |  |  | 0.6500% |
| 22-Apr-13 | 43.60 | -1,123,441,000.00 |  | 1.35000% | 42,711.84 | 1,347,896.78 | -1,123,441,000.00 | 1,127,060,000.00 | -3,619,000.00 | 0.6500% |
| 23-Apr-13 | 44.31 | -1,127,060,000.00 |  | 1.35000% | 42,713.45 | 1,390,610.23 | -1,127,060,000.00 | 1,145,413,500.00 | -18,353,500.00 | 0.6500% |
| 24-Apr-13 | 45.26 | -1,145,413,500.00 |  | 1.35000% | 42,715.05 | 1,433,325.27 | -1,145,413,500.00 | 1,169,971,000.00 | -24,557,500.00 | 0.6500% |
| 25-Apr-13 | 46.00 | -1,169,971,000.00 |  | 1.35000% | 42,716.65 | 1,476,041.92 | -1,169,971,000.00 | 1,189,100,000.00 | -19,129,000.00 | 0.6500% |
| 26-Apr-13 |  |  |  | 1.35000% | 42,718.25 | 1,518,760.18 |  |  |  | 0.6500% |
| 27-Apr-13 |  |  |  | 1.35000% | 42,719.85 | 1,561,480.03 |  |  |  | 0.6500% |
| 28-Apr-13 |  |  |  | 1.35000% | 42,721.46 | 1,604,201.48 |  |  |  | 0.6500% |
| 29-Apr-13 | 45.79 | -1,189,100,000.00 |  | 1.35000% | 42,723.06 | 1,646,924.54 | -1,189,100,000.00 | 1,183,671,500.00 | 5,428,500.00 | 0.6500% |
| 30-Apr-13 | 45.92 | -1,183,671,500.00 |  | 1.35000% | 42,724.66 | 1,689,649.20 | -1,183,671,500.00 | 1,187,032,000.00 | -3,360,500.00 | 0.6500% |
|  |  |  | -1,181,079,485.00 | Interest Accrual | 1,689,649.20 |  |  | -5,952,515.00 |  |

| Date | Cash Loan Amount |  |  | Stock Lending Fee |  |
|---|---|---|---|---|---|
| 01-Apr-13 | -1,181,079,485.00 | -0.020% | 0.371000% | -12,174.08 | -245,180.18 |
| 02-Apr-13 | -1,181,079,485.00 | 0.675% | 1.066000% | -34,980.34 | -280,160.52 |
| 03-Apr-13 | -1,181,079,485.00 | 0.700% | 1.091000% | -35,801.76 | -315,962.28 |
| 04-Apr-13 | -1,181,079,485.00 | 0.675% | 1.066000% | -34,982.43 | -350,944.71 |
| 05-Apr-13 | -1,181,079,485.00 | 0.675% | 1.066000% | -34,983.47 | -385,928.18 |

| Date | | Starting Balance | | Rate | Int | Sum | | | |
|---|---|---|---|---|---|---|---|---|---|
| 06-Apr-13 | | -1,181,079,485.00 | 0.675% | 1.066000% | -34,984.50 | -420,912.68 | | | |
| 07-Apr-13 | | -1,181,079,485.00 | 0.675% | 1.066000% | -34,985.54 | -455,898.22 | | | |
| 08-Apr-13 | | -1,181,079,485.00 | 0.675% | 1.066000% | -34,986.58 | -490,884.80 | | | |
| 09-Apr-13 | | -1,181,079,485.00 | 0.700% | 1.091000% | -35,808.15 | -526,692.94 | | | |
| 10-Apr-13 | | -1,181,079,485.00 | 0.700% | 1.091000% | -35,809.23 | -562,502.18 | | | |
| 11-Apr-13 | | -1,181,079,485.00 | 0.700% | 1.091000% | -35,810.32 | -598,312.49 | | | |
| 12-Apr-13 | | -1,181,079,485.00 | 0.700% | 1.091000% | -35,811.40 | -634,123.90 | | | |
| 13-Apr-13 | | -1,181,079,485.00 | 0.700% | 1.091000% | -35,812.49 | -669,936.38 | | | |
| 14-Apr-13 | | -1,181,079,485.00 | 0.700% | 1.091000% | -35,813.57 | -705,749.96 | | | |
| 15-Apr-13 | | -1,181,079,485.00 | 0.700% | 1.091000% | -35,814.66 | -741,564.61 | | | |
| 16-Apr-13 | | -1,181,079,485.00 | 0.700% | 1.091000% | -35,815.74 | -777,380.36 | | | |
| 17-Apr-13 | | -1,181,079,485.00 | 0.675% | 1.066000% | -34,996.09 | -812,376.45 | | | |
| 18-Apr-13 | | -1,181,079,485.00 | 0.650% | 1.041000% | -34,176.37 | -846,552.82 | | | |
| 19-Apr-13 | | -1,181,079,485.00 | 0.650% | 1.041000% | -34,177.36 | -880,730.19 | | | |
| 20-Apr-13 | | -1,181,079,485.00 | 0.650% | 1.041000% | -34,178.35 | -914,908.54 | | | |
| 21-Apr-13 | | -1,181,079,485.00 | 0.650% | 1.041000% | -34,179.34 | -949,087.87 | | | |
| 22-Apr-13 | | -1,181,079,485.00 | 0.650% | 1.041000% | -34,180.33 | -983,268.20 | | | |
| 23-Apr-13 | | -1,181,079,485.00 | 0.650% | 1.041000% | -34,181.31 | -1,017,449.51 | | | |
| 24-Apr-13 | | -1,181,079,485.00 | 0.650% | 1.041000% | -34,182.30 | -1,051,631.82 | | | |
| 25-Apr-13 | | -1,181,079,485.00 | 0.650% | 1.041000% | -34,183.29 | -1,085,815.11 | | | |
| 26-Apr-13 | | -1,181,079,485.00 | 0.650% | 1.041000% | -34,184.28 | -1,119,999.39 | | | |
| 27-Apr-13 | | -1,181,079,485.00 | 0.650% | 1.041000% | -34,185.27 | -1,154,184.66 | | | |
| 28-Apr-13 | | -1,181,079,485.00 | 0.650% | 1.041000% | -34,186.26 | -1,188,370.91 | | | |
| 29-Apr-13 | | -1,181,079,485.00 | 0.650% | 1.041000% | -34,187.25 | -1,222,558.16 | | | |
| 30-Apr-13 | | -1,181,079,485.00 | 0.650% | 1.041000% | -34,188.23 | -1,256,746.39 | | | |
| | | | | | | -1,256,746.39 | | | |

**NOVO NORDISK A/S-B**

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | Sum | Mark | Daily MTM | |
|---|---|---|---|---|---|---|---|---|---|
| 01-Apr-13 | | | | 0.68000% | 165,696.74 | 1,162,856.94 | | | -0.0200% |
| 02-Apr-13 | 953.00 | -8,694,000,000.00 | | 1.37500% | 335,054.88 | 1,497,911.82 | -8,694,000,000.00 | 8,767,600,000.00 | -73,600,000.00 | 0.6750% |
| 03-Apr-13 | 965.00 | -8,767,600,000.00 | | 1.40000% | 341,159.82 | 1,839,071.64 | -8,767,600,000.00 | 8,878,000,000.00 | -110,400,000.00 | 0.7000% |
| 04-Apr-13 | 951.50 | -8,878,000,000.00 | | 1.37500% | 335,080.71 | 2,174,152.35 | -8,878,000,000.00 | 8,753,800,000.00 | 124,200,000.00 | 0.6750% |
| 05-Apr-13 | 935.00 | -8,753,800,000.00 | | 1.37500% | 335,093.51 | 2,509,245.85 | -8,753,800,000.00 | 8,602,000,000.00 | 151,800,000.00 | 0.6750% |
| 06-Apr-13 | | | | 1.37500% | 335,106.31 | 2,844,352.16 | | | | 0.6750% |
| 07-Apr-13 | | | | 1.37500% | 335,119.10 | 3,179,471.26 | | | | 0.6750% |
| 08-Apr-13 | 954.50 | -8,602,000,000.00 | | 1.37500% | 335,131.90 | 3,514,603.17 | -8,602,000,000.00 | 8,781,400,000.00 | -179,400,000.00 | 0.6750% |
| 09-Apr-13 | 950.50 | -8,781,400,000.00 | | 1.40000% | 341,238.24 | 3,855,841.41 | -8,781,400,000.00 | 8,744,600,000.00 | 36,800,000.00 | 0.7000% |
| 10-Apr-13 | 947.50 | -8,744,600,000.00 | | 1.40000% | 341,251.52 | 4,197,092.93 | -8,744,600,000.00 | 8,717,000,000.00 | 27,600,000.00 | 0.7000% |
| 11-Apr-13 | 960.00 | -8,717,000,000.00 | | 1.40000% | 341,264.79 | 4,538,357.72 | -8,717,000,000.00 | 8,832,000,000.00 | -115,000,000.00 | 0.7000% |
| 12-Apr-13 | 954.00 | -8,832,000,000.00 | | 1.40000% | 341,278.06 | 4,879,635.77 | -8,832,000,000.00 | 8,776,800,000.00 | 55,200,000.00 | 0.7000% |
| 13-Apr-13 | | | | 1.40000% | 341,291.33 | 5,220,927.10 | | | | 0.7000% |
| 14-Apr-13 | | | | 1.40000% | 341,304.60 | 5,562,231.70 | | | | 0.7000% |
| 15-Apr-13 | 964.50 | -8,776,800,000.00 | | 1.40000% | 341,317.87 | 5,903,549.58 | -8,776,800,000.00 | 8,873,400,000.00 | -96,600,000.00 | 0.7000% |
| 16-Apr-13 | 955.00 | -8,873,400,000.00 | | 1.40000% | 341,331.15 | 6,244,880.73 | -8,873,400,000.00 | 8,786,000,000.00 | 87,400,000.00 | 0.7000% |
| 17-Apr-13 | 950.00 | -8,786,000,000.00 | | 1.37500% | 335,248.99 | 6,580,129.71 | -8,786,000,000.00 | 8,740,000,000.00 | 46,000,000.00 | 0.6750% |
| 18-Apr-13 | 949.00 | -8,740,000,000.00 | | 1.35000% | 329,166.12 | 6,909,295.84 | -8,740,000,000.00 | 8,730,800,000.00 | 9,200,000.00 | 0.6500% |
| 19-Apr-13 | 948.50 | -8,730,800,000.00 | | 1.35000% | 329,178.47 | 7,238,474.30 | -8,730,800,000.00 | 8,726,200,000.00 | 4,600,000.00 | 0.6500% |
| 20-Apr-13 | | | | 1.35000% | 329,190.81 | 7,567,665.11 | | | | 0.6500% |
| 21-Apr-13 | | | | 1.35000% | 329,203.15 | 7,896,868.26 | | | | 0.6500% |
| 22-Apr-13 | 949.00 | -8,726,200,000.00 | | 1.35000% | 329,215.50 | 8,226,083.76 | -8,726,200,000.00 | 8,730,800,000.00 | -4,600,000.00 | 0.6500% |
| 23-Apr-13 | 952.50 | -8,730,800,000.00 | | 1.35000% | 329,227.85 | 8,555,311.61 | -8,730,800,000.00 | 8,763,000,000.00 | -32,200,000.00 | 0.6500% |
| 24-Apr-13 | 978.50 | -8,763,000,000.00 | | 1.35000% | 329,240.19 | 8,884,551.80 | -8,763,000,000.00 | 9,002,200,000.00 | -239,200,000.00 | 0.6500% |
| 25-Apr-13 | 982.50 | -9,002,200,000.00 | | 1.35000% | 329,252.54 | 9,213,804.34 | -9,002,200,000.00 | 9,039,000,000.00 | -36,800,000.00 | 0.6500% |
| 26-Apr-13 | | | | 1.35000% | 329,264.88 | 9,543,069.22 | | | | 0.6500% |
| 27-Apr-13 | | | | 1.35000% | 329,277.23 | 9,872,346.46 | | | | 0.6500% |
| 28-Apr-13 | | | | 1.35000% | 329,289.58 | 10,201,636.04 | | | | 0.6500% |
| 29-Apr-13 | 991.50 | -9,039,000,000.00 | | 1.35000% | 329,301.93 | 10,530,937.96 | -9,039,000,000.00 | 9,121,800,000.00 | -82,800,000.00 | 0.6500% |
| 30-Apr-13 | 993.00 | -9,121,800,000.00 | | 1.35000% | 329,314.28 | 10,860,252.24 | -9,121,800,000.00 | 9,135,600,000.00 | -13,800,000.00 | 0.6500% |
| | | | -8,892,071,120.00 | Interest Accrual | 10,860,252.24 | | | -243,528,880.00 | |

| Date | Cash Loan Amount | | | Stock Lending Fee | | |
|---|---|---|---|---|---|---|

ELYSIUM-01744925

| Date | | Px | Starting Balance | | | Rate | Int | Sum | Mark | | Daily MTM | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26-Mar-13 | | | -8,892,071,120.00 | -0.015% | 0.412500% | | -101,888.31 | -101,888.31 | | | | |
| 27-Mar-13 | | | -8,892,071,120.00 | -0.013% | 0.415000% | | -102,506.99 | -204,395.31 | | | | |
| 28-Mar-13 | | | -8,892,071,120.00 | -0.020% | 0.407500% | | -100,655.62 | -305,050.93 | | | | |
| 29-Mar-13 | | | -8,892,071,120.00 | -0.020% | 0.407500% | | -100,656.76 | -405,707.69 | | | | |
| 30-Mar-13 | | | -8,892,071,120.00 | -0.020% | 0.407500% | | -100,657.90 | -506,365.58 | | | | |
| 31-Mar-13 | | | -8,892,071,120.00 | -0.020% | 0.407500% | | -100,659.04 | -607,024.62 | | | | |
| 01-Apr-13 | | | -8,892,071,120.00 | -0.020% | 0.407500% | | -100,660.18 | -707,684.80 | | | | |
| 02-Apr-13 | | | -8,892,071,120.00 | 0.675% | 1.102500% | | -272,341.35 | -980,026.15 | | | | |
| 03-Apr-13 | | | -8,892,071,120.00 | 0.700% | 1.127500% | | -278,525.42 | -1,258,551.57 | | | | |
| 04-Apr-13 | | | -8,892,071,120.00 | 0.675% | 1.102500% | | -272,358.22 | -1,530,909.79 | | | | |
| 05-Apr-13 | | | -8,892,071,120.00 | 0.675% | 1.102500% | | -272,366.56 | -1,803,276.35 | | | | |
| 06-Apr-13 | | | -8,892,071,120.00 | 0.675% | 1.102500% | | -272,374.90 | -2,075,651.26 | | | | |
| 07-Apr-13 | | | -8,892,071,120.00 | 0.675% | 1.102500% | | -272,383.24 | -2,348,034.50 | | | | |
| 08-Apr-13 | | | -8,892,071,120.00 | 0.675% | 1.102500% | | -272,391.59 | -2,620,426.09 | | | | |
| 09-Apr-13 | | | -8,892,071,120.00 | 0.700% | 1.127500% | | -278,576.80 | -2,899,002.88 | | | | |
| 10-Apr-13 | | | -8,892,071,120.00 | 0.700% | 1.127500% | | -278,585.52 | -3,177,588.41 | | | | |
| 11-Apr-13 | | | -8,892,071,120.00 | 0.700% | 1.127500% | | -278,594.25 | -3,456,182.66 | | | | |
| 12-Apr-13 | | | -8,892,071,120.00 | 0.700% | 1.127500% | | -278,602.97 | -3,734,785.63 | | | | |
| 13-Apr-13 | | | -8,892,071,120.00 | 0.700% | 1.127500% | | -278,611.70 | -4,013,397.33 | | | | |
| 14-Apr-13 | | | -8,892,071,120.00 | 0.700% | 1.127500% | | -278,620.42 | -4,292,017.75 | | | | |
| 15-Apr-13 | | | -8,892,071,120.00 | 0.700% | 1.127500% | | -278,629.15 | -4,570,646.90 | | | | |
| 16-Apr-13 | | | -8,892,071,120.00 | 0.700% | 1.127500% | | -278,637.88 | -4,849,284.78 | | | | |
| 17-Apr-13 | | | -8,892,071,120.00 | 0.675% | 1.102500% | | -272,468.19 | -5,121,752.97 | | | | |
| 18-Apr-13 | | | -8,892,071,120.00 | 0.650% | 1.077500% | | -266,297.93 | -5,388,050.89 | | | | |
| 19-Apr-13 | | | -8,892,071,120.00 | 0.650% | 1.077500% | | -266,305.90 | -5,654,356.79 | | | | |
| 20-Apr-13 | | | -8,892,071,120.00 | 0.650% | 1.077500% | | -266,313.87 | -5,920,670.66 | | | | |
| 21-Apr-13 | | | -8,892,071,120.00 | 0.650% | 1.077500% | | -266,321.84 | -6,186,992.49 | | | | |
| 22-Apr-13 | | | -8,892,071,120.00 | 0.650% | 1.077500% | | -266,329.81 | -6,453,322.30 | | | | |
| 23-Apr-13 | | | -8,892,071,120.00 | 0.650% | 1.077500% | | -266,337.78 | -6,719,660.08 | | | | |
| 24-Apr-13 | | | -8,892,071,120.00 | 0.650% | 1.077500% | | -266,345.75 | -6,986,005.83 | | | | |
| 25-Apr-13 | | | -8,892,071,120.00 | 0.650% | 1.077500% | | -266,353.72 | -7,252,359.56 | | | | |
| 26-Apr-13 | | | -8,892,071,120.00 | 0.650% | 1.077500% | | -266,361.70 | -7,518,721.25 | | | | |
| 27-Apr-13 | | | -8,892,071,120.00 | 0.650% | 1.077500% | | -266,369.67 | -7,785,090.92 | | | | |
| 28-Apr-13 | | | -8,892,071,120.00 | 0.650% | 1.077500% | | -266,377.64 | -8,051,468.56 | | | | |
| 29-Apr-13 | | | -8,892,071,120.00 | 0.650% | 1.077500% | | -266,385.61 | -8,317,854.18 | | | | |
| 30-Apr-13 | | | -8,892,071,120.00 | 0.650% | 1.077500% | | -266,393.59 | -8,584,247.76 | | | | |
| | | | | | | | | -8,584,247.76 | | | | |

**DSV A/S**

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | Sum | Mark | | Daily MTM | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01-Apr-13 | | | | 0.68000% | 13,574.95 | 81,595.59 | | | | -0.0200% |
| 02-Apr-13 | 143.20 | -702,500,000.00 | | 1.37500% | 27,449.87 | 109,045.46 | -702,500,000.00 | 716,000,000.00 | -13,500,000.00 | 0.6750% |
| 03-Apr-13 | 143.30 | -716,000,000.00 | | 1.40000% | 27,950.03 | 136,995.49 | -716,000,000.00 | 716,500,000.00 | -500,000.00 | 0.7000% |
| 04-Apr-13 | 141.70 | -716,500,000.00 | | 1.37500% | 27,451.99 | 164,447.48 | -716,500,000.00 | 708,500,000.00 | 8,000,000.00 | 0.6750% |
| 05-Apr-13 | 137.00 | -708,500,000.00 | | 1.37500% | 27,453.04 | 191,900.52 | -708,500,000.00 | 685,000,000.00 | 23,500,000.00 | 0.6750% |
| 06-Apr-13 | | | | 1.37500% | 27,454.09 | 219,354.61 | | | | 0.6750% |
| 07-Apr-13 | | | | 1.37500% | 27,455.14 | 246,809.75 | | | | 0.6750% |
| 08-Apr-13 | 136.80 | -685,000,000.00 | | 1.37500% | 27,456.18 | 274,265.93 | -685,000,000.00 | 684,000,000.00 | 1,000,000.00 | 0.6750% |
| 09-Apr-13 | 137.90 | -684,000,000.00 | | 1.40000% | 27,956.46 | 302,222.39 | -684,000,000.00 | 689,500,000.00 | -5,500,000.00 | 0.7000% |
| 10-Apr-13 | 140.90 | -689,500,000.00 | | 1.40000% | 27,957.54 | 330,179.93 | -689,500,000.00 | 704,500,000.00 | -15,000,000.00 | 0.7000% |
| 11-Apr-13 | 140.70 | -704,500,000.00 | | 1.40000% | 27,958.63 | 358,138.56 | -704,500,000.00 | 703,500,000.00 | 1,000,000.00 | 0.7000% |
| 12-Apr-13 | 138.20 | -703,500,000.00 | | 1.40000% | 27,959.72 | 386,098.28 | -703,500,000.00 | 691,000,000.00 | 12,500,000.00 | 0.7000% |
| 13-Apr-13 | | | | 1.40000% | 27,960.80 | 414,059.08 | | | | 0.7000% |
| 14-Apr-13 | | | | 1.40000% | 27,961.89 | 442,020.97 | | | | 0.7000% |
| 15-Apr-13 | 136.10 | -691,000,000.00 | | 1.40000% | 27,962.98 | 469,983.95 | -691,000,000.00 | 680,500,000.00 | 10,500,000.00 | 0.7000% |
| 16-Apr-13 | 135.60 | -680,500,000.00 | | 1.40000% | 27,964.07 | 497,948.02 | -680,500,000.00 | 678,000,000.00 | 2,500,000.00 | 0.7000% |
| 17-Apr-13 | 132.50 | -678,000,000.00 | | 1.37500% | 27,465.78 | 525,413.80 | -678,000,000.00 | 662,500,000.00 | 15,500,000.00 | 0.6750% |
| 18-Apr-13 | 132.40 | -662,500,000.00 | | 1.35000% | 26,967.43 | 552,381.23 | -662,500,000.00 | 662,000,000.00 | 500,000.00 | 0.6500% |
| 19-Apr-13 | 134.70 | -662,000,000.00 | | 1.35000% | 26,968.44 | 579,349.67 | -662,000,000.00 | 673,500,000.00 | -11,500,000.00 | 0.6500% |
| 20-Apr-13 | | | | 1.35000% | 26,969.45 | 606,319.12 | | | | 0.6500% |
| 21-Apr-13 | | | | 1.35000% | 26,970.46 | 633,289.58 | | | | 0.6500% |
| 22-Apr-13 | 136.00 | -673,500,000.00 | | 1.35000% | 26,971.47 | 660,261.06 | -673,500,000.00 | 680,000,000.00 | -6,500,000.00 | 0.6500% |
| 23-Apr-13 | 137.40 | -680,000,000.00 | | 1.35000% | 26,972.49 | 687,233.54 | -680,000,000.00 | 687,000,000.00 | -7,000,000.00 | 0.6500% |
| 24-Apr-13 | 137.80 | -687,000,000.00 | | 1.35000% | 26,973.50 | 714,207.04 | -687,000,000.00 | 689,000,000.00 | -2,000,000.00 | 0.6500% |
| 25-Apr-13 | 141.50 | -689,000,000.00 | | 1.35000% | 26,974.51 | 741,181.55 | -689,000,000.00 | 707,500,000.00 | -18,500,000.00 | 0.6500% |
| 26-Apr-13 | | | | 1.35000% | 26,975.52 | 768,157.07 | | | | 0.6500% |
| 27-Apr-13 | | | | 1.35000% | 26,976.53 | 795,133.60 | | | | 0.6500% |
| 28-Apr-13 | | | | 1.35000% | 26,977.54 | 822,111.15 | | | | 0.6500% |
| 29-Apr-13 | 141.60 | -707,500,000.00 | | 1.35000% | 26,978.56 | 849,089.70 | -707,500,000.00 | 708,000,000.00 | -500,000.00 | 0.6500% |
| 30-Apr-13 | 142.50 | -708,000,000.00 | | 1.35000% | 26,979.57 | 876,069.27 | -708,000,000.00 | 712,500,000.00 | -4,500,000.00 | 0.6500% |
| | | | -723,168,530.00 | Interest Accrual | | 876,069.27 | | | 10,668,530.00 | |

| Date | Cash Loan Amount | | | Stock Lending Fee | | |
|---|---|---|---|---|---|---|
| 01-Apr-13 | -723,168,530.00 | -0.020% | 0.028750% | -577.53 | -3,615.85 | |
| 02-Apr-13 | -723,168,530.00 | 0.675% | 0.723750% | -14,538.77 | -18,154.62 | |
| 03-Apr-13 | -723,168,530.00 | 0.700% | 0.748750% | -15,041.28 | -33,195.90 | |