# Exhibit 31

Message

| | |
|---|---|
| **From:** | solotradeapprovals@solo.com [solotradeapprovals@solo.com] |
| **Sent:** | 05/12/2013 12:19:28 |
| **To:** | info@rock-capital-private-fund.com; solotradeapprovals@solo.com |
| **Subject:** | Account (ROC01) - Request for Trade Approval |

Dear Client,

Solo Capital Partners LLP acknowledges receipt of the requested trade below (*Trade*). The Trade will only be accepted for "give-up" to Solo Capital Partners LLP once the Trade is approved by Solo Capital Partners LLP. The Trade will not be accepted if Solo Capital Partners LLP does not provide its approval.

Details of Trade:

| | |
|---|---|
| **Trade Type** | Sell |
| **Ticker** | COLOB |
| **Instrument** | Equity |
| **Currency** | DKK |
| **Price** | 351.4062 |
| **Quantity/Contracts** | 900,000 |
| **Notional** | 316,265,580.0000 |
| **Trade Date** | 05/12/2013 |
| **Settlement Date** | 11/12/2013 |
| **Broker** | Novus Capital Markets Limited |

In case of any queries, please contact custody@solo.com.

Global Securities Services

**Solo Capital Partners LLP**

ELYSIUM-02548987