# Exhibit 43

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
 2             CASE NO.  18-MD-2865 (LAK)

 3    _____
                                             )
 4    IN RE:                                 )
                                             )
 5    CUSTOMS AND TAX ADMINISTRATION OF      )
      THE KINGDOM OF DENMARK                 )
 6    (SKATTEFORVALTNINGEN) TAX REFUND       )
      SCHEME LITIGATION                      )
 7                                           )
      This document relates to case nos.     )
 8    19-cv-01783; 19-cv-01788; 19-cv-01794; )
      19-cv-01798; 19-cv-01918               )
 9    _____)

10

11

12

13

14       REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15                    EXAMINATION OF

16                    ROBERT KLUGMAN

17                 DATE: January 28, 2021

18

19

20

21

22

23

24

25        REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

Robert Klugman - January 28, 2021

```
1    R O B E R T  K L U G M A N,
2           called as a witness, having been first
3    duly sworn according to law, testifies as follows:
4
5
6    EXAMINATION BY MR. MAGUIRE:
7         Q    Good morning, Mr. Klugman?
8         A    Good morning.
9         Q    So I'm Bill Maguire and I represent
10   the plaintiff who I'm going to call SKAT.
11   And I will ask you questions today.
12           We need a clear record, so could I
13   ask you, please, if there's any question that
14   I ask you that you don't understand, please
15   let me know and give me a chance to fix the
16   question.
17        A    Okay.  Just one question before we
18   start.  Your audio is a little -- I don't
19   know if I'm the only person to hear the
20   audio.
21           It's a little fuzzy compared to the
22   other two previous speakers.
23        Q    I will move a little closer.
24           Is that a little better?
25        A    A little better, yes.
```

1    going forward.
2         Q    So that was just after -- same
3    month, but later in the month, as the first
4    trades that were done in early August.
5              Was there any discussion about
6    those trades?
7         A    Not that I recall.  It's certainly
8    possible that that would have been covered.
9         Q    And what do you recall about that,
10   the discussion of trades going forward?
11        A    I don't remember specifically.  It
12   was just, I think, we -- we may have
13   confirmed that the profit split.  But other
14   than that, I don't really recall anything
15   specifically.
16        Q    And what was the profit split?
17        A    That he was going to get 75 percent
18   of the reclaims.
19        Q    And then the remaining 25 percent
20   would be split among the other participants?
21        A    Yes.
22        Q    Was there any discussion of the
23   expectation of the return, what the hundred
24   percent, what that would be?
25        A    I don't recall that overall level