IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION

This document relates to:
18-cv-07824; 18-cv-07827; 18-cv-07828; 18-cv-07829; 19-cv-01781; 19-cv-01783; 19-cv-01785; 19-cv-01788; 19-cv-01791; 19-cv-01792; 19-cv-01794; 19-cv-01798; 19-cv-01800; 19-cv-01801; 19-cv-01803; 19-cv-01806; 19-cv-01808; 19-cv-01809; 19-cv-01810; 19-cv-01812; 19-cv-01813; 19-cv-01815; 19-cv-01818; 19-cv-01866; 19-cv-01867; 19-cv-01868; 19-cv-01869; 19-cv-01870; 19-cv-01871; 19-cv-01873; 19-cv-01894; 19-cv-01896; 19-cv-01918; 19-cv-01922; 19-cv-01926; 19-cv-01928; 19-cv-01929; 19-cv-01931; 19-cv-10713; 21-cv-05339.

MASTER DOCKET

18-md-2865 (LAK)

[~~PROPOSED~~] ORDER FOR ADMISSION PRO HAC VICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-5-24

The motion of Brittany R. Warren for admission to practice pro hac vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia, and that her contact information is as follows:

>    Wilmer Cutler Pickering Hale and Dorr LLP
>    2100 Pennsylvania Avenue, N.W.
>    Washington D.C., 20037
>    Tel: (202) 663-6772
>    Fax: (202) 663-6363
>    Brittany.Warren@wilmerhale.com

[LEFT BLANK INTENTIONALLY]

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Defendants Richard Markowitz, Jocelyn Markowitz, Avanix Management LLC Roth 401(K) Plan, Batavia Capital Pension Plan, Calypso Investments Pension Plan, Cavus Systems LLC Roth 401(K) Plan, Hadron Industries LLC Roth 401(K) Plan, RJM Capital Pension Plan, and the Routt Capital Pension Plan in the above-captioned matters.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the above-captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 9/5, 2024

Lewis A. Kaplan
United States District Judge