# Exhibit 39

**From:** admin@RouttPension.com </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=6B6328C28E4448BE9D34B6BB5F00555F-ADMIN_4F657>
**To:** Wells, Peter
**Sent:** 6/22/2015 4:35:54 PM
**Subject:** Form SLT (Holdings)
**Attachments:** Securities Held as of May 31, 2015.pdf

Peter:

Here are the holdings as of May 31, 2015 for each account. As you can see, a number of accounts are over USD 1 billion.

Please let me know if you have any questions or if I didn't give you the proper information.

Richard

Form SLT
End of Period 31-May-2015

| | | Current Holdings |
|---|---|---|
| Aerovane Logistics LLC Roth 401(K) Plan | $ | 1,281.690 |
| Albedo Management LLC Roth 401(K) Plan | $ | 1,805.056 |
| Avanix Management LLC Roth 401(K) Plan | $ | 1,793.391 |
| Ballast Ventures LLC Roth 401(K) Plan | $ | 815.808 |
| Bareroot Capital LLC Roth 401(K) Plan | $ | 873.483 |
| Basalt Ventures LLC Roth 401(K) Plan | $ | 857.204 |
| Battu Holdings LLC Roth 401(K) Plan | $ | 1,895.533 |
| Cantata Industries LLC Roth 401(K) Plan | $ | 1,342.649 |
| Cavus Systems LLC Roth 401(K) Plan | $ | 821.401 |
| Cedar Hill Capital Investments LLC Roth 401(K) Plan | $ | 1,380.463 |
| Crucible Ventures LLC Roth 401(K) Plan | $ | 1,330.460 |
| Dicot Technologies LLC Roth 401(K) Plan | $ | 831.883 |
| Eclouge Industry LLC Roth 401(K) Plan | $ | 1,320.342 |
| Edgepoint Capital LLC Roth 401(K) Plan | $ | 879.252 |
| Fairlie Investments LLC Roth 401(K) Plan | $ | 831.101 |
| First Ascent Worldwide LLC Roth 401(K) Plan | $ | 764.991 |
| Fulcrum Productions LLC Roth 401(K) Plan | $ | 786.451 |
| Green Scale Management LLC Roth 401(K) Plan | $ | 1,877.062 |
| Hadron Industries LLC Roth 401(K) Plan | $ | 804.724 |
| Headsail Manufacturing LLC Roth 401(K) Plan | $ | 1,874.209 |
| Keystone Technologies LLC Roth 401(K) Plan | $ | 1,309.295 |
| Limelight Global Productions LLC Roth 401(K) Plan | $ | 818.428 |
| Loggerhead Services LLC Roth 401(K) Plan | $ | 1,861.198 |
| Monomer Industries LLC Roth 401(K) Plan | $ | 1,336.444 |
| Omineca Trust | $ | 1,825.196 |
| PAB Facilities Global LLC Roth 401(K) Plan | $ | 840.937 |
| Pinax Holdings LLC Roth 401(K) Plan | $ | 876.756 |
| Plumrose Industries LLC Roth 401(K) Plan | $ | 1,290.815 |
| RAK Investment Trust | $ | 859.591 |
| RAK2 Investement Trust | $ | 836.499 |
| RAK3 Investment Trust | $ | 1,848.293 |
| Roadcraft Technologies LLC Roth 401(K) Plan | $ | 1,827.582 |
| Routt Capital Trust | $ | 1,288.979 |
| Starfish Capital Management LLC Roth 401(K) Plan | $ | 819.448 |
| Sternway Logistics LLC Roth 401(K) Plan | $ | 825.971 |
| Trailing Edge Productions LLC Roth 401(K) Plan | $ | 826.875 |
| True Wind Investments LLC Roth 401(K) Plan | $ | 839.448 |
| Tumba Systems LLC Roth 401(K) Plan | $ | 867.365 |
| Vanderlee Technologies Pension Plan Trust | $ | 1,862.606 |
| Voojo Productions LLC Roth 401(K) Plan | $ | 1,325.379 |