# Exhibit 64

| | |
|---|---|
| **From:** | Richard Markowitz <Rmarkowitz@argremgt.com> |
| **To:** | Rosenberg, Todd; Matthew Stein; Adam Larosa |
| **CC:** | Brewer, Bryan; Bloomberg, Noah |
| **Sent:** | 11/10/2010 12:51:59 PM |
| **Subject:** | Re: Equity Arbitrage Transaction: Draft Letter Agreement |
| **Attachments:** | Comments from Argre - Equity Arbitrage Transaction Letter Agreement |

Take a look at some comments we think should be added back in.

Call me if you want to discuss (especially if we didn't have language in the most recent, longer draft of the document).


On 11/9/10 9:16 AM, "Todd Rosenberg" <trosenberg@crowell.com> wrote:

Rich,

Attached please find a draft of the agreement distilled down to a letter agreement and limited to cover the points discussed on Friday. Please let us know when you would like to discuss. This is hopefully consistent with the goal of getting something to Solo that they can more easily get their arms around.

**Todd D. Rosenberg, Esq.**
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: 202-624-2689
Fax: 202-628-5116
Email: trosenberg@crowell.com

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated recipient is unauthorized. If you are not an intended recipient, please contact the sender at 202/624-2500 and delete this e-mail.

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service.

<<13734949_Equity Arbitrage Transaction Letter Agreement.DOC>>


--
Richard Markowitz
Managing Director
Argre Management LLC
40 West 57th Street
20th Floor
New York, NY 10019

Tel:        (212) 247-2600
Fax:        (212) 247-2753
Mobile:   (917) 848-5675

RMarkowitz@Argremgt.com

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER            WH_MDL_00342380