# Exhibit 65

| | |
|---|---|
| From: | Richard Markowitz <Rmarkowitz@argremgt.com> |
| To: | Bloomberg, Noah; Rosenberg, Todd |
| CC: | Brewer, Bryan |
| Sent: | 11/15/2010 12:31:48 PM |
| Subject: | Comments on Document |
| Attachments: | Comments from Argre - Equity Arbitrage Transaction Letter Agreement |

Please take a look.  With these changes, we are ready to send this to Solo and Stor.
--
Richard Markowitz
Managing Director
Argre Management LLC
40 West 57th Street
20th Floor
New York, NY 10019

Tel:      (212) 247-2600
Fax:      (212) 247-2753
Mobile:   (917) 848-5675

RMarkowitz@Argremgt.com

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00342392