# Exhibit 68

| | |
|---|---|
| **From:** | Richard Markowitz <Rmarkowitz@argremgt.com> |
| **To:** | Robert Klugman; Sanjay Shah; Raj Shah |
| **CC:** | Rosenberg, Todd; Bloomberg, Noah |
| **Sent:** | 12/3/2010 10:50:45 AM |
| **Subject:** | Executed MOU |
| **Attachments:** | Execution Copy of MOU; MOU Signature Page.pdf |

Attached please find the execution copy of the MOU as well as a scan of our signature page. Please fill in your titles, sign and then email back around to everyone. Also, sign 3 originals to be mailed back to us and we will assemble the copies here for distribution.

Thanks and I know we are all looking forward to a series of successful transactions.

Regards,

Rich
--
Richard Markowitz
Managing Director
Argre Management LLC
40 West 57th Street
20th Floor
New York, NY 10019

Tel:      (212) 247-2600
Fax:      (212) 247-2753
Mobile:   (917) 848-5675

RMarkowitz@Argremgt.com

CONFIDENTIAL                                                                                                   WH_MDL_00454336