# Exhibit 69

**From:**        Bloomberg, Noah <NBloomberg@crowell.com>
**To:**          Sanjay Shah; Richard Markowitz; Robert Klugman; Raj Shah
**CC:**          Todd Rosenberg
**Sent:**        12/6/2010 11:43:59 AM
**Subject:**     Executed MOU
**Attachments:** Execution Copy of MOU-c.pdf


All -

Attached is a fully executed version of the MOU in PDF format, dated December 3, 2010.  Please let me know if you have any problems opening the document.

Thanks,

Noah


Noah S. Bloomberg

Crowell & Moring LLP

1001 Pennsylvania Avenue, NW

Washington, D.C. 20004

Telephone: (202) 624-2913

Facsimile: (202) 628-5116

nbloomberg@crowell.com

www.crowell.com

This email is confidential and may be privileged.  Use or disclosure of this communication by anyone other than an intended recipient is unauthorized.  If you are not an intended recipient, please contact the sender at (202) 624-2500 and delete this communication.

<<Execution Copy of MOU-c.pdf>>

CONFIDENTIAL                                                              WH_MDL_00454346