# Exhibit 89

| | |
|---|---|
| **Message** | |
| **From**: | Richard Markowitz [rmarkowitz@argremgt.com] |
| **Sent**: | 3/21/2012 12:26:56 AM |
| **To**: | Aneil Anand [aanand@duetgroup.net]; Jonathan Sander [JSander@duetgroup.net] |
| **CC**: | Robert Klugman [rklugman@storcapital.com]; John H. van Merkensteijn, III [jhvm@argremgt.com]; Jerome Lhote [jlhote@argremgt.com]; Adam LaRosa [alarosa@argremgt.com]; Matthew Stein [mstein@argremgt.com]; Ben-Jacob, Michael [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Ben_m]; ~LH lf 08-07-2015 Wells, Peter [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Wells_p]; Veillette, Rebecca [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Veillette_r] |
| **Subject**: | Structure |

Aneil and Jonathan:

Assuming we are going down the path of just using the IRA, we think there are several possible structures for providing an appropriate hedge for the IRA. We will have presented each of these on a preliminary basis to KPMG so they can assess the implications for the Dutch tax analysis.

We will need you to review them with Freshfields Belgium in order to determine if any are materially different then using the TRS which you have already shared with them. (As discussed today, we may have a concern on how the IRA can actually use the proceeds from the swap to invest into the partnership).

In all cases, including the TRS, the IRA will be prepared to take the first loss incurred at the partnership level and would be investing approximately USD750,000 - 1,000,000. Also, the amount payable by the IRA would be slightly less then a pro-rata share of the profit (giving the IRA a slightly higher return).

First, we would consider making a subordinated loan to the partnership. We can discuss with you whether this can be a type of participating loan, a loan with an equity kicker or must have a fixed (but high) interest rate.

Second, we would like Freshfields to consider having the TRS be at the partnership level.

We can discuss these with you at your earliest convenience.

Richard Markowitz
Argre Management LLC