# Exhibit 94

| | |
|---|---|
| **From:** | axel.haelterman@freshfields.com |
| **To:** | Richard Markowitz |
| **CC:** | Jérôme LHOTE; Adam Larosa; John H. van Merkensteijn, III; Matthew Stein |
| **Sent:** | 4/23/2012 11:00:50 AM |
| **Subject:** | RE: Tax Advice Regarding Belgium Investments |
| **Attachments:** | Argre Descriptive overview.doc |

Dear all,

Further to our phone calls and prior to finalise any document, I first wanted you to review the wording that you will find attached in the unfinished draft memo.

I just wanted to make sure that given the manner in which we have to phrase our observations, you would still be interested in receiving the worked out version of the memo.

Such wording reflects the fact that the intended trades are apparently been done on the market and that the intended tax results are apparently still realised but that the presence of, as we are told, a relevant number of short sellers in the market makes the legal basis for invoking a dividend withholding tax exemption somewhat doubtful.

And the tax risk is for the buyer, not for the seller.
Also it is the buyer who "creates this market" by availing himself of the benefit of the pricing that apparently occurs in the market.

If your clients feel comfortable with the manner in which we try to correctly state the facts of these trades, then we will be finalising our text.

If you have questions, please do not hesitate to contact me.

Axel Haelterman

-----Original Message-----
From: Richard Markowitz [mailto:rmarkowitz@argremgt.com]
Sent: 18 April 2012 15:23
To: HAELTERMAN, Axel (AXH)
Cc: Jerome Lhote; Adam LaRosa; John H. van Merkensteijn, III; Matthew Stein
Subject: Tax Advice Regarding Belgium Investments

Axel:

I believe that some colleagues of ours at Solo Capital contacted you on our behalf.

We look forward to speaking with you and we're wondering if you would have some time this evening (Brussels time) to speak?

Please let us now your availability and the best number to reach you.

Regards,

Richard



Richard Markowitz
Argre Management LLC



This email is confidential and may well also be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply email and then delete this message from your system. Please do not copy it or use it for any purposes, or

CONFIDENTIAL / PRIVILEGED - SUBJECT
TO 502(d) ORDER

WH_MDL_00461899

disclose its contents to any other person: to do so could be a breach of confidence. Thank you for your co-operation. Please contact our IT Helpdesk on +44 (0) 20 7785 2000 or email ITHelpdesk@freshfields.com if you need assistance.

Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789. It is authorised and regulated by the Solicitors Regulation Authority. In Belgium, it is registered with the RPM/RPR Brussels number 0538 335 152 and professional rules are available at www.barreaudebruxelles.be and www.baliebrussel.be. For regulatory information please refer to www.freshfields.com/support/legalnotice.

A list of the members (and of the non-members who are designated as partners) of Freshfields Bruckhaus Deringer LLP and their qualifications is available for inspection at its registered office, 65 Fleet Street, London EC4Y 1HS. Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer LLP or any of its affiliated firms or entities.

**CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER**

**WH_MDL_00461900**