# Exhibit 147

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2              MASTER DOCKET 18-MD-2865(LAK)
                   CASE NO. 18-CV-09797
 3
   _____
 4                                       )
   IN RE:                                )
 5                                       )
   CUSTOMS AND TAX ADMINISTRATION OF     )
 6 THE KINGDOM OF DENMARK                )
   (SKATTEFORVALTNINGEN) TAX REFUND      )
 7 SCHEME LITIGATION                     )
                                         )
 8 _____)

 9

10

11

12            C O N F I D E N T I A L

13

14

15    REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

16                   EXAMINATION OF

17                  KATHLEEN WECHTER

18

19             DATE: November 22, 2021

20

21

22

23

24

25       REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
Kathleen Wechter - November 22, 2021

Page 15

```
 1        A    Yes.
 2             At the Kaye Scholer firm, I have
 3   held the position of counsel.
 4        Q    And are you still practicing at the
 5   Arnold & Porter Kaye Scholer firm?
 6        A    Yes, I'm still practicing with the
 7   Arnold & Porter Kaye Scholer firm.
 8        Q    And can you please describe for us
 9   the nature of your -- of your practice at
10   that firm, from May of 2012?
11        A    I worked in the area of employee
12   benefits and executive compensation, which is
13   a part of the Tax Department at Arnold &
14   Porter Kaye Scholer.
15             So I work with different areas of
16   compensation, retirement planning, employee
17   benefits.
18        Q    And who -- who are the main -- the
19   principal partners with whom you've worked
20   since May of 2012?
21        A    Are you asking about in the
22   employee benefits subgroup, as it were, or in
23   general?
24        Q    Let me ask you in -- in general.
25        A    In general at the firm?
```

CONFIDENTIAL
Kathleen Wechter - November 22, 2021

Page 23

```
1          Q    Do you recall that the structures
2     involved the use of qualified plans?
3               MR. DULBERG:  Objection to the
4          form.
5               For the record, this is Drew
6          Dulberg on behalf of -- from Wilmer Hale
7          on behalf of Mr. Markowitz.
8          A    Can you repeat the question,
9     please?
10         Q    Do you recall that the ex-dividend
11    matter involved using qualified plans?
12              MR. DULBERG:  Same objection.
13         A    I recall that there were issues
14    related to the use of pension and retirement
15    plans, which was the reason -- the reason for
16    my specific involvement on specific
17    retirement and pension plan issues.
18         Q    And do you recall that the plans
19    were going to be purchasing foreign shares?
20         A    I don't recall the details of the
21    transactions.
22         Q    Do you recall any details of the
23    transactions?
24         A    At this point, since it was almost
25    nine or ten years ago, I don't remember
```