UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND
LITIGATION

This paper applies to:      Trial 1 Cases
------------------------------------x

18-md-2865 (LAK)

## ORDER CORRECTING TYPOGRAPHICAL ERROR IN MEMO ENDORSEMENT (Dkt 1120)

LEWIS A. KAPLAN, *District Judge.*

      The first word of the memorandum endorsement filed as Dkt 1120 is stricken and replaced with the word "Plaintiff".

      SO ORDERED.

Dated:      January 6, 2025

                        /s/     Lewis A. Kaplan
                                  Lewis A. Kaplan
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-6-25